

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TRP
F. #2017R01691

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 30, 2026

<u>By ECF</u>

The Honorable Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Iskyo Aronov, et al.
>        <u>Criminal Docket No. 25-mc-3207 (MKB)</u>

Dear Chief Judge Brodie:

The government respectfully submits this status letter in the above-referenced criminal forfeiture ancillary proceeding with respect to the Petition of 318A Hart LLC and 2023 Westchester Associates LLC (collectively, the "Petitioners") seeking to set aside the forfeiture of the real property located at 318A Hart Street, Brooklyn, NY (the "Subject Property"), pursuant to Title 21, United States Code, Section 853(n) (the "Petition"). (ECF No. 3)

As background, the Court entered a Preliminary Order of Forfeiture ("Preliminary Order") against defendant Iskyo Aronov, which ordered the entry of a forfeiture money judgment and the forfeiture of Aronov's right, title and interest in thirty-two (32) real properties, including the Subject Property. On or about September 2, 2025, on joint motion by the parties, the Court granted a stay of the Petition.

The government has conferred with Petitioners' counsel, Emma Spiro of Petrillo Klein and Boxer LLP. The government and the Petitioners jointly request that the Court continue the stay of the Petition to allow time for the parties to engage in settlement negotiations which may obviate the need for further litigation. The government respectfully requests that the parties be allowed to submit a joint status letter to the Court on or before September 25, 2026.

Thank you for Your Honor's consideration.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s  *Tanisha Payne*
Tanisha R. Payne
Assistant U.S. Attorney
(718) 254-6358

cc:    Counsel of Record

2